**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DONNA L. FRIEDEBERG,

                Plaintiff,

-against-                                      25 **CIVIL** 4049 (LLS)

                                                          **JUDGMENT**

THE ORTHO GROUP,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2025, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). If Plaintiff continues to abuse the privilege of proceeding IFP, the Court may order her to show cause why she should not be barred from proceeding IFP in this court without prior permission. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      September 3, 2025

                                                            **TAMMI M. HELLWIG**
                                                             **Clerk of Court**

                             **BY:**            *K. Mango*

                                                             **Deputy Clerk**